UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER BOURG, SR.                           CIVIL ACTION

VERSUS                                       NUMBER: 09-3803

WARDEN HOWARD PRINCE                         SECTION: "I"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Walter Bourg, Sr., is **DISMISSED** with prejudice.

New Orleans, Louisiana, this __14th__ day of April, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE